**MICHAEL J. MICELI, ESQ.**
Nevada Bar No. 010151
**PITARO & FUMO CHTD.**
601 Las Vegas Blvd. South
Las Vegas, Nevada 89101
(702) 382-9221 Fax: (702) 474-4210
Email: michaeljmiceli@gmail.com
Attorney for Defendant
**MARCUS MILLNER**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> vs. <br><br> **MARCUS MILLNER**, <br><br> Defendant. | Case No. 2:20-CR-313-APG-BNW |

**STIPULATION AND ORDER TO MODIFY PRETRIAL RELEASE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between **CHRISTOPER BURTON,** Assistant United States Attorney, counsel for the United States of America, and **MICHAEL J. MICELI, ESQ.**, counsel for **MARCUS MILLNER;** that Defendant's terms of pretrial release be amended as detailed below.

1. On December 16, 2020, as a term of his pretrial release, Millner was ordered to satisfy all outstanding warrants within 120 days and provide verification to pretrial services.

2. Counsel for the United States and counsel for Millner hereby stipulate and agree to give Millner an additional 90 from the filing of this agreement for Millner to satisfy his outstanding warrants and provide verification to pretrial services.

**DATED** this 30th day of April, 2021.

| | |
|---|---|
| /S/ Michael J. Miceli, Esq. | /S/ Christopher Burton, AUSA . |
| **MICHAEL J. MICELI, ESQ.** | **CHRISTOPHER BURTON** |
| Nevada Bar No. 10151 | Assistant United States Attorney |
| 601 Las Vegas Blvd. S. | 501 Las Vegas Blvd. S., Ste. 1100 |
| Las Vegas, Nevada 89104 | Las Vegas, NV 89101 |
| Attorney for Defendant | Attorney for the United States |

**IT IS SO ORDERED**.

_____
**DISTRICT COURT JUDGE**
DATED: May 4, 2021