CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar No. 14853
CHRISTOPHER BURTON
Nevada Bar No. 12940
Assistant United States Attorneys
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
FAX: (702) 388-5087
Christopher.Burton4@usdoj.gov

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MARCUS ANTHONY MILLNER, <br><br> Defendant. | Case No. 2:20-cr-00313-APG-BNW <br><br> **Stipulation to Continue Sentencing (Fourth Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between CHRISTOPHER CHIOU, Acting United States Attorney, and CHRISTOPHER BURTON, Assistant United States Attorneys, counsel for the United States of America, and MICHAEL MICELI, ESQ., counsel for Defendant MARCUS ANTHONY MILLNER, that the sentencing hearing currently scheduled for January 18, 2022, at 9:30 a.m., be vacated and continued to a date and time to be set by this Honorable Court but no sooner than 120 days.

This stipulation is entered into for the following reasons:

1.  On December 16, 2020, as a term of his pretrial release, Millner was ordered to satisfy all outstanding warrants within 120 days and provide verification to pretrial services.

1

2. On May 4, 2021, the parties filed a stipulation to modify the terms of this requirement of his pretrial release to give Millner an additional 90 days, which was granted by this Court

3. Counsel for the United States and counsel for Millner hereby stipulate and agree to give Millner an additional 120 days from the filing of this agreement for Millner to satisfy his outstanding warrants and provide verification to pretrial services.

4. Defense counsel needs additional time to prepare for sentencing.

5. This is the <u>fourth</u> stipulation to continue filed herein.

DATED this 14th day of January, 2022.

                              Respectfully submitted,
                              CHRISTOPHER CHIOU
                              Acting United States Attorney

                              */s/ Christopher Burton*
                              CHRISTOPHER BURTON
                              Assistant United States Attorney

                              */s/ Michael Miceli*
                              MICHAEL MICELI, ESQ.
                              Counsel for Defendant
                              MARCUS ANTHONY MILLNER

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00313-APG-BNW |
| Plaintiff, | **ORDER** |
| vs. | |
| MARCUS ANTHONY MILLNER, | |
| Defendant. | |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

This stipulation is entered into for the following reasons:

1. On December 16, 2020, as a term of his pretrial release, Millner was ordered to satisfy all outstanding warrants within 120 days and provide verification to pretrial services.

2. On May 4, 2021, the parties filed a stipulation to modify the terms of this requirement of his pretrial release to give Millner an additional 90 days, which was granted by this Court

3. Counsel for the United States and counsel for Millner hereby stipulate and agree to give Millner an additional 120 days from the filing of this agreement for Millner to satisfy his outstanding warrants and provide verification to pretrial services.

4. Defense counsel needs additional time to prepare for sentencing.

5. This is the <u>fourth</u> stipulation to continue filed herein.

///

///

///

///

**ORDER**

IT IS FURTHER ORDERED that the sentencing hearing currently scheduled for January 18, 2022, at the hour of 9:30 a.m., be vacated and continued to June 1, 2022, at the hour of 11:00 a.m. in courtroom 6C.

DATED this 18th day of January, 2022.

_____
THE HONORABLE ANDREW GORDON
UNITED STATES DISTRICT JUDGE